IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KRISTY LYNN GILBERT                                                      PLAINTIFF

            VS.                    Civil No. 2:14-cv-02205-MEF

CAROLYN W. COLVIN,
Commissioner of Social Security Administration                          DEFENDANT

## JUDGMENT

        For the reasons stated in the Memorandum Opinion of this date, I hereby affirm the

decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty**

**(60) days from entry of the Judgment on the docket in which to appeal.**

        IT IS SO ORDERED AND ADJUDGED this 11th day of September, 2015.

                                        /s/ _Mark E. Ford_____
                                        HONORABLE MARK E. FORD
                                        UNITED STATES MAGISTRATE JUDGE